UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS PEREZ VALERO,<br><br>               Plaintiff,<br><br>      v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>               Defendant. | CASE NO. 1:20-cv-00974-GSA<br><br>MOTION FOR WAIVER OF REQUIREMENT FOR DEFENDANT TO FILE PAPER COPY OF CERTIFIED ADMINISTRATIVE RECORD WITH THE COURT; ORDER<br><br>(Doc. 12) |

     Defendant Andrew Saul, Commissioner of Social Security, hereby moves for waiver of the Court's requirement to file a hard copy of the Certified Administrative Record. Due to the COVID-19 health emergency, Defendant is presently unable to produce a hard copy of the record to comply with the Scheduling Order. Accordingly, the Commissioner respectfully requests that the Court excuse him from the requirement.

| | |
|---|---|
| Dated: March 22, 2021 | Respectfully submitted,<br><br>PHILLIP A. TALBERT<br>Acting United States Attorney<br><br>*/s/ Benjamin E. Hall*<br>BENJAMIN E. HALL<br>Assistant U.S. Attorney |

IT IS SO ORDERED.

| | |
|---|---|
| Dated: **March 22, 2021** | **/s/ Gary S. Austin**<br>UNITED STATES MAGISTRATE JUDGE |

1