UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS PEREZ VALERO, | CASE NO. 1:20-cv-00974-GSA |
| Plaintiff, | ORDER DIRECTING CLERK OF COURT TO ISSUE SCHEDULING ORDER |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

The clerk of court is **DIRECTED** to issue a scheduling order in this case.

IT IS SO ORDERED.

Dated:   **March 22, 2021**               **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE

1